# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY MORRIS, | CASE NO. 1:09-CV-00438-DLB PC |
|        Plaintiff, | ORDER GRANTING DEFENDANT'S REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEO CONFERENCE |
|   v. | |
| M. CARRASCO, et al., | (DOC. 25) |
|        Defendants. | |
| _____ / | |

Plaintiff Sammy Morris ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 27, 2010, Defendant filed a request for permission to conduct Plaintiff's deposition via video conference. Plaintiff has not filed an opposition to Defendant's request.  Under Federal Rule of Civil Procedure 30(b)(4), the Court may order that a deposition be taken by remote means. Accordingly, it is HEREBY ORDERED that Defendant's request for permission to conduct Plaintiff's deposition via video conference is GRANTED.

IT IS SO ORDERED.

Dated:   **August 30, 2010**          _____**/s/ Dennis L. Beck**_____
UNITED STATES MAGISTRATE JUDGE

1