IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY MORRIS, | 1:09-CV-00438-DLB PC |
|     Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE REPLY TO |
|     vs. | DEFENDANTS' OPPOSITION |
| CARRASCO, et al., | (DOC. 31) |
|     Defendants. | 10-DAY DEADLINE |

Plaintiff is a California state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 8, 2010, plaintiff filed a request to extend time to "answer defendant's motion to compel discovery response," which the Court construes as a motion for an extension of time to file a reply to Defendant's opposition to Plaintiff's motion to compel. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted ten (10) days from the date of service of this order in which to file his reply to Defendant's opposition to Plaintiff's motion to compel.

IT IS SO ORDERED.

Dated: **November 30, 2010**        **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE